**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 24-1498**

————————

JAMES ZOW,

        Plaintiff - Appellant,

    v.

BOARD OF GOVERNORS OF THE UNIVERSITY OF NORTH CAROLINA, known and distinguished by the name of The University of North Carolina; PETER D. HANS, in his official capacity as President of the University of North Carolina System and in his individual capacity; JOHNSON OLATUNDE AKINLEYE, in his official capacity as Chancellor of North Carolina Central University and in his individual capacity; MICHAEL E. HILL, in his official capacity as Chief Human Resources Officer of North Carolina Central University and in his individual capacity; NORTH CAROLINA CENTRAL UNIVERSITY,

        Defendants - Appellees,

    and

RANDY RAMSAY, in his official capacity as Chair of the Board of Governors; WENDY FLOYD MURPHY, in her official capacity as Vice Chair of the Board of Governors; PEARL BURRIS-FLOYD, in her official capacity as Secretary of the Board of Governors; LEE BARNES; KELLY HUNT BLUE; KIRK J. BRADLEY; C. PHILLIPS BYERS; JIMMY D. CLARK; CAROLYN COWARD; JOEL FORD; JOHN FRALEY; REGINALD HOLLEY; MARK HOLTON; TERRY HUTCHINS; J. ALEX MITCHELL; SONYA PHILLIPS NICHOLS; ART POPE; LEE H. ROBERTS; TEMPLE SLOAN; WOODY WHITE; MICHAEL WILLIFORD, in their official capacity as Member of the Board of Governors,

        Defendants.

————————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Richard E. Myers, II, Chief District Judge.  (5:23-cv-00290-M-RJ)

---

Submitted:  December 19, 2024                         Decided:  December 23, 2024

---

Before KING and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

James Zow, Appellant Pro Se.  Laura Erb Dean, UNC SYSTEM, Raleigh, North Carolina; Anne Phillips Martin, Assistant Attorney General, Kimberly D. Potter, Assistant Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Zow appeals the district court's order adopting in part the magistrate judge's recommendation to grant Defendants' motion to dismiss Zow's multiple civil claims. Limiting our review to the issues raised in Zow's informal brief and to which Zow raised an objection, *see* 4th Cir. R. 34(b); *Martin v. Duffy*, 858 F.3d 239, 245 (4th Cir. 2017), we have reviewed the record and find no reversible error.  Accordingly, we affirm the district court's order. *Zow v. Bd. of Governors of UNC*, No. 5:23-cv-00290-M-RJ (E.D.N.C. Mar. 26, 2024).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*